Official Form 1 (4/07)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Granite Xperts, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**20-5110457** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1400 Nicholas Boulevard**<br>**Elk Grove Village, IL**<br>ZIP Code **60007** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)   **FORM B1**, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Granite Xperts, Inc.**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
   Signature of Attorney for Debtor(s)     (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                              **FORM B1**, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Granite Xperts, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

**X  /s/ James A. Chatz**
Signature of Attorney for Debtor(s)

**James A. Chatz 00429244**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 S. Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

**(312) 876-7100  Fax: (312) 876-0288**
Telephone Number

**October  7, 2008**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Vito Guarino**
Signature of Authorized Individual

**Vito Guarino**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  7, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Granite Xperts, Inc.**  Case No.
Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cantera<br>P.O. Box 477<br>Elmhurst, IL 60126 | Cantera<br>P.O. Box 477<br>Elmhurst, IL 60126 | | | 40,000.00 |
| ComEd Bill Payment Center<br>Chicago, IL 60668-0001 | ComEd Bill Payment Center<br>Chicago, IL 60668-0001 | | | 18,293.49 |
| Country Mutual Insurance Company<br>P.O. Box 2100<br>Bloomington, IL 61702-2100 | Country Mutual Insurance Company<br>P.O. Box 2100<br>Bloomington, IL 61702-2100 | | | 15,595.10 |
| Gres 2000<br>c/o Eugenio Castelotti 218<br>41053 Maranello<br>Mo  Italy | Gres 2000<br>c/o Eugenio Castelotti 218<br>41053 Maranello<br>Mo  Italy | | | 17,071.07 |
| Guarino, Donata<br>8200 West Leland<br>Norridge, IL 60656 | Guarino, Donata<br>8200 West Leland<br>Norridge, IL 60656 | | | 300,000.00 |
| Gukla, Antonio<br>25954 West Cuba Road<br>Barrington, IL 60010 | Gukla, Antonio<br>25954 West Cuba Road<br>Barrington, IL 60010 | | | 400,000.00 |
| Illinois Dept Employment Security<br>Collections Section<br>33 South State Street, 10th Floor<br>Chicago, IL 60603 | Illinois Dept Employment Security<br>Collections Section<br>33 South State Street, 10th Floor<br>Chicago, IL 60603 | | | 16,971.15 |
| Illinois Dept. of Revenue<br>Bankruptcy Section Level 7-425<br>100 West Randolph Street<br>Chicago, IL 60601 | Illinois Dept. of Revenue<br>Bankruptcy Section Level 7-425<br>100 West Randolph Street<br>Chicago, IL 60601 | | | 70,202.55 |
| MC Machinery System<br>1500 Michael Drive<br>Wood Dale, IL 60191 | MC Machinery System<br>1500 Michael Drive<br>Wood Dale, IL 60191 | | | 229,929.90 |

In re  **Granite Xperts, Inc.**                                                                 Case No.
                                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Meccanica Capital Corporation** <br> **Daliah Saper - Saper Law Offices** <br> **203 North Wabash, Suite 2010** <br> **Chicago, IL 60601** | **Meccanica Capital Corporation** <br> **Daliah Saper - Saper Law Offices** <br> **203 North Wabash, Suite 2010** <br> **Chicago, IL 60601** | | | **22,000.00** |
| **Rizzi, Mario** <br> **475 Industrial Drive** <br> **Bensenville, IL 60103** | **Rizzi, Mario** <br> **475 Industrial Drive** <br> **Bensenville, IL 60103** | | | **300,000.00** |
| **Rocawich, Michele** <br> **407 S. Dearborn Street** <br> **Suite 1300** <br> **Chicago, IL 60605** | **Rocawich, Michele** <br> **407 S. Dearborn Street** <br> **Suite 1300** <br> **Chicago, IL 60605** | | | **48,341.48** |
| **Stone Gallery International** <br> **1340 West Ardmore Avenue** <br> **Itasca, IL 60143** | **Stone Gallery International** <br> **1340 West Ardmore Avenue** <br> **Itasca, IL 60143** | | | **27,558.02** |
| **Tri-Stone Imports** <br> **1951 East Touhy Avenue** <br> **Elk Grove Village, IL 60007** | **Tri-Stone Imports** <br> **1951 East Touhy Avenue** <br> **Elk Grove Village, IL 60007** | | | **44,096.09** |
| **Tri-Stone Imports** <br> **1951 East Touhy Avenue** <br> **Elk Grove Village, IL 60007** | **Tri-Stone Imports** <br> **1951 East Touhy Avenue** <br> **Elk Grove Village, IL 60007** | | | **37,646.34** |
| **Tri-Stone Imports** <br> **1951 East Touhy Avenue** <br> **Elk Grove Village, IL 60007** | **Tri-Stone Imports** <br> **1951 East Touhy Avenue** <br> **Elk Grove Village, IL 60007** | | | **14,841.70** |
| **Tzvetkova, Nadejda** <br> **1400 Nicholas Boulevard** <br> **Elk Grove Village, IL 60007** | **Tzvetkova, Nadejda** <br> **1400 Nicholas Boulevard** <br> **Elk Grove Village, IL 60007** | | | **60,000.00** |
| **United States Treasury** <br> **Centralized Insolvency Operations** <br> **P.O. Box 21126** <br> **Philadelphia, PA 19114** | **United States Treasury** <br> **Centralized Insolvency Operations** <br> **P.O. Box 21126** <br> **Philadelphia, PA 19114** | | | **98,082.16** |
| **Universal Granite & Marble, Inc.** <br> **29W414 North Aurora Road** <br> **Naperville, IL 60563** | **Universal Granite & Marble, Inc.** <br> **29W414 North Aurora Road** <br> **Naperville, IL 60563** | | | **73,768.39** |
| **Zaragoza, John (Joan)** <br> **5317 S. Archer Avenue** <br> **Chicago, IL** | **Zaragoza, John (Joan)** <br> **5317 S. Archer Avenue** <br> **Chicago, IL** | | | **200,000.00** |

In re    **Granite Xperts, Inc.**                                                                                              Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **October 7, 2008**                     Signature    **/s/ Vito Guarino**
                                                             **Vito Guarino**
                                                             **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AAA Air Compressor Service, Inc.
1774 N. Vermont Ct.
Rolling Meadows, IL 60008


Acmedoor, Inc.
1319 Rainbow Circle
Manteno, IL 60950


Airgas
2801 Touhy Avenue
Elk Grove Village, IL 60007


Allstate Insurance Company
47 West Dundee Road
Suite #2SE
Wheeling, IL 60090


American Outdoor Advertising
P.O. Box 548
Antioch, IL 60002


Amerigas
522 South Vermont Street
Palatine, IL 60067


Anderson Lock
850 East Caxton Street
Des Plaines, IL 60018


AT&T
Box 8100
Aurora, IL 60507-8100


Cantera
P.O. Box 477
Elmhurst, IL 60126


Capitol One
P.O. Box 60024
City Of Industry, CA 91716


Capitol One Bank
P.O. Box 790218
Saint Louis, MO 63179-0216

```
ComEd Bill Payment Center
Chicago, IL 60668-0001


Contractor's Adjustment Company
570 Lake Cook Road
Suite 3005
Deerfield, IL 60015


Country Mutual Insurance Company
P.O. Box 2100
Bloomington, IL 61702-2100


Covad Communications
Dept. 33408
P.O. Box 39000
San Francisco, CA 94189-0001


Cyber Solutions
c/o Scott C. Kuntz
900 E. Northwest highway
Mount Prospect, IL 60056


Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292


Director of Employment Security
Collections Section
33 South State Street
Chicago, IL 60603


Dutka, Kazimierz
1097 Colony Lake Drive
Schaumburg, IL 60194


Fox Valley Florist, Inc.
2851 Dukane Drive
Saint Charles, IL 60174


Gabriel Environmental Services
Phase II
1421 North Elston Avenue
St. Charles, IL 60622
```

George S. May International Co.
303 S. Northwest Highway
Park Ridge, IL 60068-4255


Glass Dimensions
1942 N. 15th Avenue
Melrose Park, IL 60160


Global Equipment Company, Inc.
P.O. Box 100090
Buford, GA 30515


Grainger
905 Sivert Street
Wood Dale, IL 60191-1210


Great Recycling & Waste Services
2500 Landmeier Road
Elk Grove Village, IL 60007


Gres 2000
c/o Eugenio Castelotti 218
41053 Maranello
Mo   Italy


Guarino, Donata
8200 West Leland
Norridge, IL 60656


Gukla, Antonio
25954 West Cuba Road
Barrington, IL 60010


Harris Bank
P.O. Box 6201
Carol Stream, IL 60197-6201


Healthcare Service Corporation
P.O. Box 1186
Chicago, IL 60690-1186


Illinois Dept Employment Security
Collections Section
33 South State Street, 10th Floor
Chicago, IL 60603

Illinois Dept. of Revenue
Retailers' Occupation Tax
Springfield, IL 62707-9700


Illinois Dept. of Revenue
Bankruptcy Section Level 7-425
100 West Randolph Street
Chicago, IL 60601


Illinois Secretary of State
License Renewal
13701 Winchester Road
Springfield, IL 62707-9700


Independent Capital Group, LLC
2501 Landmeier Road
Elk Grove Village, IL 60007


Just Networks, Inc. Computer Mngmnt
360 W. Schick Road
Suite 23 #232
Bloomingdale, IL 60108


Kimball Midwest
Dept. L-2780
Columbus, OH 43260-2780


LZ Industrial, LLC
574 West Third Street
Elmhurst, IL 60126


Mac Funding Corporation
1500 Michael Drive
Wood Dale, IL 60191


MC Machinery System
1500 Michael Drive
Wood Dale, IL 60191


Meccanica Capital Corporation
Daliah Saper - Saper Law Offices
203 North Wabash, Suite 2010
Chicago, IL 60601

```
Midwest Granite & Marble
471 North Podlin Drive
Franklin Park, IL 60131


National Bank of Commerce
1640 West Lake Street
Addison, IL 60101-1833


National Bank of Commerce
5500 Saint Charles Road
Berkeley, IL 60163


Nicor Gas
P.O. Box 418
Aurora, IL 60563-0001


NS Converters, LLC
214 North Main Street
Suite 204
Natick, MA 01780


Overhead Material Handling
135 W. Johnson Street
Suite 5
Palatine, IL 60067-5182


Parksite
430 N. York Road
Bensenville, IL 60106


Rizzi, Mario
475 Industrial Drive
Bensenville, IL 60103


Rocawich, Michele
407 S. Dearborn Street
Suite 1300
Chicago, IL 60605


Roche Balle
2799 West Washington Boulevard
Bellwood, IL 60104
```

Sclog, Krzysztof
260 Walter Avenue
Elk Grove Village, IL 60007


Stone Gallery International
1340 West Ardmore Avenue
Itasca, IL 60143


Stone Mart, LLC
30 W. Fay Avenue
Addison, IL 60101


Terrazzo & Marble, Inc.
77 South Wheeling Road
Wheeling, IL 60090


Toyota Motor Credit Corp.
Commercial Finance Dept. 2431
Carol Stream, IL 60132-2431


Toyota Motor Credit Corporation
P.O. Box 3457
Torrance, CA 90510-3457


Tri-Stone Imports
1951 East Touhy Avenue
Elk Grove Village, IL 60007


TRS Recovery Services, Inc.
P.O. Box 60012
City Of Industry, CA 91716-0012


Tzvetkova, Nadejda
1400 Nicholas Boulevard
Elk Grove Village, IL 60007


U.S. Customs and Border Protection
Revenue Division/Mail Entry
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278


United States Treasury
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Universal Granite & Marble, Inc.
29W414 North Aurora Road
Naperville, IL 60563


Universal Granite & Marble, Inc.
122B Kirkland Circle
Oswego, IL 60543


US Lift & Warehouse Equipment, Inc.
P.O. Box 91976
Elk Grove Village, IL 60009


Wright Express
Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197-6293


Zaragoza, John (Joan)
5317 S. Archer Avenue
Chicago, IL